# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ZACHARY BAUGHMAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PRIORITY CONCEPTS INC.**, a New York registered corporation,<br><br>*Defendant.* | Case No. 23-cv-5483 (PKC) (RR) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Zachary Baughman hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 27th day of November, 2023.

**ZACHARY BAUGHMAN**, individually and on behalf of all others similarly situated,

By: */s/ Stefan Coleman*

Stefan Coleman
**Coleman PLLC**
11 Broadway, Suite 615
New York, NY 10001
law@stefancoleman.com
Telephone: (877) 333-9427

*Attorneys for Plaintiff and the putative Class*